# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MUGRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>MAREJG PROPERTIES, LLC, et al.,<br><br>Defendants. | 1:15-cv-132-LJO-SAB<br><br>ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 4) |

On April 23, 2015, Plaintiff filed a "motion for dismissal," brought under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 4 at 1. Plaintiff requests that the Court issue an order dismissing the complaint <u>with prejudice</u>.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), the Court DISMISSES the complaint <u>with prejudice</u>.

IT IS SO ORDERED.

  Dated:  **April 24, 2015**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1